UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISTINA SANSONE | CIVIL ACTION |
| VERSUS | NO: 18-14093 |
| JAZZ CASINO CO., LLC | SECTION: T (3) |

### ORDER

Considering COVID-19, Gen. Order No. 20-9, June 26, 2020,[1]

**IT IS ORDERED** that the Final Pretrial Conference set for Wednesday, August 12, 2020, is hereby continued to **Wednesday, November 4, 2020, at 11:00 a.m.** At the set time, the parties may call in to 877-873-8018, with access code 6487932.

**IT IS FURTHER ORDERED** that the Trial presently set for September 14, 2020, is hereby continued until **Monday, November 30, 2020, at 9:30 a.m.**

New Orleans, Louisiana, this 10th day of August 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[1] https://www.laed.uscourts.gov/sites/default/files/pdfs/EDLA-GeneralOrder20-9ContinuingProceedings.pdf