UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISTINA SANSONE | CIVIL ACTION |
| VERSUS | NO: 18-14093 |
| JAZZ CASINO COMPANY, LLC | SECTION: T (3) |

## ORDER

Before the Court is a Motion to Exclude the Testimony and Preliminary Expert Report of Plaintiff's Expert Witness Garry Roark filed by Defendant Jazz Casino Company, LLC.[1] Plaintiff has filed an opposition.[2] The Court having ruled on Defendant's Motion for Summary Judgment this date, the Motion to Exclude may be taken up with other pending Motions in Limine.[3] Accordingly,

**IT IS ORDERED** that the Motion to Exclude the Testimony and Preliminary Expert Report of Plaintiff's Expert Witness is DISMISSED WITHOUT PREJUDICE and may be refiled to be taken up with the pending Motions in Limine.

New Orleans, Louisiana, this 30th day of September 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 39.
[2] R. Doc. 46.
[3] R. Docs. 92, 93, 94, 95, 97 and 98.

1