UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISTINA SANSONE | CIVIL ACTION |
| VERSUS | NO: 18-14093 |
| JAZZ CASINO COMPANY, LLC | SECTION: T (3) |

**JUDGMENT**

On this date, the Court issued an order granting a Motion for Summary Judgment filed by Defendant Jazz Casino Company, LLC and dismissing the claims of Kristina Sansone.

Accordingly,

**IT IS ORDERED, ADJUDICATED, AND DECREED** that judgment shall be entered in favor of Jazz Casino Company, LLC and against Kristina Sansone, and that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 30th day of September 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE